UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Bruce King, Susan Kauffman,
Sybil Makin, Nefey Lewis, and,
Summer Johnson, individually and on
behalf of similarly situated workers,
         Plaintiffs,

Verses

First Student Management LLC,
         Defendant.

DOCKET NO: 11cv05015 (JBS)

**CONSENT ORDER**

      This matter having been brought before the Court by Cronin and Musto, attorneys for the plaintiffs, and Michaŝl Grosso, Esquire, appearing on behalf of the defendant First Student Management LLC for an order dismissing Counts V and VI of the First Amended Complaint, and having considered the submissions of counsel, and it appearing that the parties consent to entry of the within order, and for good cause show,

      **IT IS** on this ___ day of April 2012, **ORDERED** as follows:

1. Counts V and VI of the First Amended Complaint are hereby dismissed without prejudice.

**FOR THE COURT:**

_____
Honorable Jerome B. Simandle, USDJ

Consented To:
FOR THE PLAINTIFFS:

_____
Patrick T. Cronin, Esquire
Attorney for Plaintiffs
Dated: 4/11/2012

FOR THE DEFENDANT:

_____
Michael T. Grosso, Esquire
Attorney for Defendant
Dated: 4/11/12